# United States District Court

WESTERN DISTRICT OF WASHINGTON

MIKE A. MCGOVERN

                v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5367 RJB

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's Motion for Attorney's Fees, Costs, and Expenses Pursuant to 28 U.S.C. § 2412 (Dkt. 19) is **GRANTED**. Plaintiff is hereby awarded EAJA fees of $6,717.36, costs of $350.00; and expenses of $19.60, made payable to plaintiff's attorney Eitan KasselYanich.

| February 25, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                            *s/Mary Trent*
                                            Deputy Clerk